United States District Court
District of Maine

*******************************
Ingrid Claesson
12 Olde Farnham Road
Alfred, ME 04002

    Plaintiff

V.                                                                Civil Action No.

Boston Mutual Life Insurance
120 Royall Street
Canton, MA 02021

    Defendant
*******************************

# COMPLAINT

## PARTIES AND JURISDICTION

1. The Plaintiff, Ingrid Claesson, is a resident of the Town of Alfred, County of York, State of Maine.

2. Defendant, Boston Mutual Life Insurance Company (Boston Mutual) is licensed to do business in Maine.

3. Jurisdiction in this court is appropriate as this matter involves a Federal question pursuant to 29 USC, § 1132.

## FACTS COMMON TO ALL COUNTS

4. Plaintiff hereby incorporates by reference each and every allegation set forth in paragraphs one through three above as though fully set forth herein.

5. The Plaintiff was employed by Thornton Academy until she was terminated on November 8, 2016 when she was no longer able to perform her job due to injuries she sustained in a motor vehicle accident.

6. At all times relevant hereto, Thornton Academy has provided its employees, including the Plaintiff, with employee group benefits underwritten by Boston Mutual.

9. As part of the employee group insurance benefits plan at Thornton Academy, the Plaintiff entered into an insurance contract underwritten by Boston Mutual for long term disability insurance coverage, bearing the policy number G-54434-00001.  (See Exhibit A.)

10. The Plaintiff's contract is a covered plan under 29 USC 1011 et seq., the Employee Retirement and Income Security Act (hereafter ERISA).

11. The Plaintiff was no longer able to continue her employment with Thornton Academy due to her injury.

**COUNT 1 – EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) 29 USC, SECTION 1001 et. Seq.**

12. The Plaintiff hereby incorporates by reference each and every allegation set forth in paragraphs one through fifteen, inclusive, as though fully set forth herein.

13. Pursuant to 29 USC, § 1132(a), a civil action may be brought by a participant or beneficiary of an ERISA qualified plan to recover benefits due him or her under the terms of this plan and/or to enforce his or her rights under the terms of the plan.  (See 29 USC, § 1132 (a) (1)(A)(B).)

14. The Plaintiff is an employee and a "participant" pursuant to 29 USC, § 1002 (6), (7) and the Disability Policy under which the Plaintiff was insured was "an employee welfare benefit plan" pursuant to 29 USC § 1002 (1).

15. The Plaintiff is clearly due full disability rights pursuant to her ERISA qualified disability benefits plan and the Defendant's denial of said benefits is undertaken in bad faith and contrary to ERISA.

16. The Plaintiff hereby requests this Honorable Court order the Defendant to make all payments including past payments, including interests and costs, to Plaintiff under her disability plan and further requests this Honorable Court to award her attorney's fees pursuant to 29 USC, § 1132 (G)(1).

WHEREFORE, Plaintiff prays that this Honorable Court:

    A. Award Plaintiff her disability insurance benefits with interest, payable by Defendant, and continuing into the future; and

    B. Award Plaintiff her attorney's fees and costs in having to prosecute this claim; and

    C. Such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

INGRID CLAESSON

By and Through Her Attorney,

ROUNDY LAW OFFICES, P.A.

Dated: September 21, 2017          By:   /s/ Vicki S. Roundy
                                                                           Vicki S. Roundy # 3008
                                                                           52 Littleworth Road
                                                                           Dover, NH 03820
                                                                           (603) 743-4800